IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KC TENANTS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID M. BYRN, in his official capacity as the Presiding Judge for the 16th Judicial Circuit Court, Jackson County, Missouri; and MARY A. MARQUEZ, in her official capacity as the Court Administrator for Jackson County, Missouri,<br><br>    Defendants. | Case No. 4:20-cv-00784-HFS |

## NOTICE OF APPEARANCE

Please take notice that Leslie Cooper Vigen hereby enters her appearance as counsel of record for the United States of America.

Dated:   October 26, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Trial Attorney (DC Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:   (202) 305-0727
Fax:   (202) 616-8470
E-mail:   leslie.vigen@usdoj.gov

*Counsel for the United States*