State of Missouri            )
County of St. Louis City     )
                             )
## AFFIDAVIT

BEFORE ME, the undersigned Notary, _Thursa Lynn Nash_, on this 23 day of October 2020, personally appeared Jordan Hoffman, who being by me first duly sworn, on her oath, deposes and says the following under the penalty of perjury that the foregoing is true and correct:

1. I am a second-year student at Washington University School of Law.
2. I currently serve as a legal intern at ArchCity Defenders, Amicus Curiae.
3. My supervisor, John Bonacorsi, is *pro hac* counsel for Amicus Curiae.
4. From September 2020 to present, I have spent between five to ten hours a week developing a program to collect quantitative and qualitative data on remote eviction hearings in St. Louis City.
5. I developed a form to record the following for each remote eviction hearing: the length of the hearing; whether tenants and landlords were represented by counsel; whether tenants and landlords appeared at the hearing; whether tenants and landlords appeared by phone or video; the outcome of each hearing; and whether tenants presented a defense.
6. I also provided space on the form to record quotes from judges, landlords, and tenants during the hearing.

1

7. Between September and October, 2020, our organization has observed seventy-seven remote eviction hearings in the 22nd Judicial Circuit Court for St. Louis City.

8. During the month of September, 2020, I personally observed thirty-two remote eviction hearings in St. Louis City.

9. On September 15, 2020, at 9:30 a.m., I observed five remote eviction hearings adjudicated by Hon. Nicole Colbert-Botchway on WebEx.

10. On September 15, 2020, at 10:35 a.m., I observed three remote eviction hearings adjudicated by Hon. Mark Neill on WebEx.

11. On September 22, 2020, at 9:30 a.m., I observed eleven remote eviction hearings adjudicated by Hon. Lynne R. Perkins on WebEx.

12. On September 29, 2020, at 9:30 a.m., I observed thirteen remote eviction hearings adjudicated by Hon. Lynne R. Perkins on WebEx.

13. During my observations, I took detailed notes and carefully collected quantitative and qualitative data on the form I had developed.

14. During my observations, I observed several occurrences when tenants had default judgments entered against them on the assumption that they had failed to appear for the remote hearing. But, these tenants later spoke up as call-in users to the remote hearing and explained they had been erroneously muted while their case was heard. These default judgments were eventually corrected.

15. In addition to the remote eviction hearings I personally observed, I trained two fellow interns, Jamitra Fulleord and Rachel Lewis, to observe and record data on

remote eviction hearings in St. Louis City during the month of October. I provided these interns with the same data collection tools, instructions, and procedures I had been using to collect quantitative and qualitative data from these remote eviction hearings.

16. On October 9, 2020, at 9:30 a.m., Ms. Fulleord observed thirty-one remote eviction hearings adjudicated by Hon. Nicole Colbert-Botchway on WebEx.

17. On October 9, 2020, at 9:30 a.m., Ms. Lewis observed fourteen remote eviction hearings adjudicated by Hon. Lynne R. Perkins.

18. Ms. Fulleord and Ms. Lewis both took detailed notes during these remote eviction hearings using the same data collection form I had developed and provided to them. They then provided their data to me, and I compiled it into the master data set.

19. I then analyzed the data we collected from these seventy-seven remote eviction hearings.

20. A majority of the tenants (43 of 77) did not appear for these remote hearings, while only a minority of landlords or their attorneys (16 of 77) did not appear.

21. Of the tenants that appeared, only 19 (out of 34) joined the hearing by video, whereas 44 (out of 61) of landlords that appeared joined the hearing by video.

22. In the hearings we observed, landlords were three times more likely to be represented by an attorney than tenants. Landlords were represented by an attorney in twenty-four of the remote eviction hearings, whereas tenants were represented by an attorney in only eight hearings.

23. The remote eviction hearings lasted an average of 4.8 minutes, with a median length of two minutes. The longest remote eviction hearing lasted forty minutes, as it involved arguments regarding a motion to dismiss.

*Jordan Hoffman* 10/23/2020

Jordan Hoffman

Subscribed and sworn to before me, on this 23 day of October 2020:

*Theresa Lynn Nash*

*Theresa Nash*

NOTARY PUBLIC

> THERESA LYNN NASH
> Notary Public, Notary Seal
> State of Missouri
> St. Louis County
> Commission # 13629819
> My Commission Expires 03-18-2021

My commission expires: March 18, 20 21.