# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KC TENANTS,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID M. BYRN, in his official capacity as the Presiding Judge for the 16th Judicial Circuit Court, Jackson County, Missouri; and MARY A. MARQUEZ, in her official capacity as the Court Administrator for Jackson County, Missouri,<br><br>    Defendants. | Case No. 4:20-cv-00784-HFS |

## NOTICE OF APPEARANCE

Please take notice that Steven A. Myers hereby enters his appearance as counsel of record for the United States of America.

Dated:  October 27, 2020

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ERIC BECKENHAUER
Assistant Director, Federal Programs Branch

*/s/ Steven A. Myers*
STEVEN A. MYERS
Senior Trial Counsel (NY Bar No. 4823043)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel:  (202) 305-8648
Fax:  (202) 616-8470
E-mail:  steven.a.myers@usdoj.gov

*Counsel for the United States*