EXHIBIT 4

# DECLARATION OF THE HONORABLE KYNDRA STOCKDALE

I, Kyndra Stockdale, in accordance with 28 U.S.C. § 1746, declare under penalty of perjury that the foregoing is true and correct:

1. I serve as Associate Circuit Judge for Division 32 of the 16th Judicial Circuit of Jackson County, Missouri.

2. I have been assigned a landlord-tenant docket by Presiding Judge David Byrn through Administrative Orders 2019-085, 2019-196, and 2020-152.

3. Since the Centers for Disease Control published an order titled "Temporary Halt in Residential Evictions to Prevent Further Spread of COVID-19" in the Federal Register on September 4, 2020, I have observed attorneys make oral motions to challenge defendants' CDC declarations, but I did not rule or make findings as to the veracity or validity of the declaration.

4. I have observed two challenges to CDC declarations filed in my division. One case was filed in December 2019—before the onset of COVID-19—and has been delayed multiple times for a variety of reasons. The case is scheduled for a hearing on November 3, 2020. Recently in another case, a plaintiff filed a challenge to a defendant's CDC declaration, but I have not taken action at this time.

Executed on October 30, 2020.

*/s/ Kyndra Stockdale*
Hon. Kyndra Stockdale