UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KC TENANTS, | ) |
| Plaintiff, | ) Case No.: 20-000784-CV-W-HFS |
| v. | ) |
| DAVID M. BYRN, in his official Capacity as the Presiding Judge for the 16th Judicial Circuit Court, Jackson County, Missouri; and MARY A. MARQUEZ, in her official capacity as the Court Administrator for Jackson County, Missouri, | ) |
| Defendants. | ) |

**ORDER**

Construing that part of the proposed intervenors' motion to intervene as requesting to participate in scheduled oral argument (Doc. 37), the request will be denied. Argument will be limited to plaintiff and defendants, and the request to intervene will be ruled shortly.

Accordingly, it is hereby

ORDERED that the intervenors' motion to intervene (Doc. 37) is DENIED in part, consistent with this opinion.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

November 2, 2020

Kansas City, Missouri