IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KC Tenants,<br><br>    Plaintiff,<br><br>v.<br><br>David M. Byrn, et al.,<br><br>    Defendants. | Case No. 20-000784-CV-W-HFS |

**MEMORANDUM TO COUNSEL**

In order to help focus argument tomorrow I advise that I have considerable interest in the ultimate merits—whether the answer to Frequently Asked Questions is consistent with the pertinent Moratorium provisions. Defendant does have significant preliminary issues but plaintiff still has a briefing opposition to defendants' dismissal motion scheduled for filing by next Monday. It may thus be premature to concentrate argument on the motion to dismiss, although defendants are welcome to identify what they consider strong points. Plaintiff

has many fairness issues that are referred to as due process issues, but I doubt that further argument will do much to focus them. If defendants are right I should not reach the merits but am interested in more discussion of the language issues, and may ask questions on that aspect of the case.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

November 2, 2020

Kansas City, Missouri