IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| KC Tenants,<br><br>  Plaintiff,<br><br>v.<br><br>David M. Byrn, et al.,<br><br>  Defendants. | Case No. 20-000784-CV-W-HFS |

**MEMORANDUM TO COUNSEL**

Because the Moratorium expires in six or seven weeks (subject to renewal) there seemed to be a need for quick relief, if there is entitlement. A summary ruling before defendants' reply to the motion to dismiss seemed appropriate. Two factors now suggest a reply would be helpful, even if a ruling is a bit delayed. The Missouri associate circuit judges are not, according to their reports, issuing many (if any) eviction orders in contested cases. Also, the precedent of disabling state court eviction proceedings by a federal judge using a court administrator for that purpose seems increasingly novel and significant. Speaking through Chief Judge

Lay, the Circuit noted "significant considerations of comity and federalism" in an unrelated case, Loftin, 882 F.2d 300, 301. Therefore I shall await the completion of briefing under the Local Rules.

/s/ Howard F. Sachs

**HOWARD F. SACHS**
UNITED STATES DISTRICT JUDGE

November 9, 2020

Kansas City, Missouri