IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KC TENANTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 20-000784-CV-W-HFS |
| | ) | |
| DAVID M. BYRN, in his official capacity as the Presiding Judge for the 16th Judicial Circuit Court, Jackson County, Missouri | ) ) ) ) | |
| | ) | |
| MARY A. MARQUEZ, in her official capacity as the Court Administrator for Jackson County, Missouri | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

ORDER

Plaintiff filed its suggestions in opposition to defendants' motion on November 7, 2020, and defendants' reply is therefore due by November 21, 2020. Plaintiff states that in view of the current circumstances – awaiting a ruling on preliminary injunction – it would be irreparably harmed in the absence of injunctive relief and unduly prejudiced if the ruling were delayed until November 21st or beyond. And now requests

that defendants' time to file their reply brief be shortened to November 16th. Defendants oppose the motion.

The court is cognizant of plaintiff's position and stated concerns, but as recently noted in (Doc. 53: Memorandum to Counsel), it is helpful to consider this matter once the dismissal motion is fully briefed, even if it results in a slight delay in the ruling on injunctive relief. Additionally noted is that the relief requested by plaintiff presents a novel and significant issue which requires a considered response. And, permitting defendants their allotted time to file their reply brief does not result in significant delay.

It is thereby ORDERED that plaintiff's motion to shorten time (Doc. 54) is DENIED.

s/ HOWARD F. SACHS  
**HOWARD F. SACHS**  
UNITED STATES DISTRICT JUDGE

November 13, 2020  
Kansas City, Missouri