IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

KC TENANTS,

    Plaintiff,

v.

DAVID M. BYRN, in his official capacity as the Presiding Judge for the 16th Judicial Circuit Court, Jackson County, Missouri; and MARY A. MARQUEZ, in her official capacity as the Court Administrator for Jackson County, Missouri,

    Defendants.

No. 4:20-cv-00784-HFS

**ORDER**

By a Judgment filed on September 21, 2021, the Eighth Circuit, upon motion, dismissed defendants' interlocutory appeal, and remanded the case to this court with instructions to dismiss this action.[1]

Accordingly, the above captioned case is DISMISSED, and all pending motions are in this case are DISMISSED.

SO ORDERED.

    /s/ Howard F. Sachs
    **HOWARD F. SACHS**
    UNITED STATES DISTRICT JUDGE

September 23, 2021
Kansas City, Missouri

---

[1] The Mandate was filed simultaneously. (Doc. 77).