IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

KC TENANTS,

    Plaintiff,

v.

DAVID M. BYRN, in his official capacity as the Presiding Judge for the 16th Judicial Circuit Court, Jackson County, Missouri; and MARY A. MARQUEZ, in her official capacity as the Court Administrator for Jackson County, Missouri,

    Defendants.

No. 4:20-cv-00784-HFS

## ORDER

With due consideration and for good cause shown,

It is hereby ordered that Plaintiff's unopposed Motion for Vacatur Pursuant to Mandate from the Eighth Circuit Court of Appeals (ECF No. 83) is **GRANTED**.

It is further ordered that the Orders dated November 24, 2020 (ECF No. 63) and the Order dated November 30, 2020 (ECF No. 65) are **VACATED**.

It is finally ordered that the Clerk shall include a notation on those docket entries within CM/ECF that indicates that these Orders have been vacated.

                                  /s/ Howard F. Sachs
                                  HOWARD F. SACHS
                                  United States District Judge

Dated: August 24, 2022

Kansas City, Missouri

1